THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR17-266-TSZ |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| DAVID WAYNE HODGE, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion, docket no. 36, to file Exhibit 1 to the Defendant's Sentencing Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 1 to the Defendant's Sentencing Memorandum be filed under seal.

DATED this 11th day of April, 2018.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for David Wayne Hodge

ORDER TO SEAL DOCUMENT- 1
*USA v. Hodge* / CR17-266-TSZ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**