UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID WAYNE HODGE,<br><br>        Defendant. | CR17-266 TSZ<br><br>MINUTE ORDER |

   The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

   (1)   By July 7, 2020, each side shall file a brief, not to exceed ten (10) pages in length, concerning the alleged violations of supervised release and respective sentencing recommendations if defendant is found to have committed one or more of the violations. The Government shall append to its brief a list of proposed exhibits and written offers of proof concerning the anticipated testimony of witnesses.

   (2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

   Dated this 6th day of July, 2020.

                                         William M. McCool
                                         Clerk

                                         s/Karen Dews
                                         Deputy Clerk

MINUTE ORDER - 1